IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARLIE HENRY CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-077 |
| | ) | |
| LEIGHTON TAYLOR, Captain; CYNTHIA | ) | |
| DERRICOTT; TONY GROOMS, | ) | |
| Investigator; NURSE DAPHNEY LNU; | ) | |
| COCO LNU, Jailer; TRELL LNU, High | ) | |
| Ranking Official, Individually and in | ) | |
| their Official Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's Motion for Extension (doc. no. 16), Motion to Make Public (doc. no. 17), Motion to Clarify (doc. no. 18), Motion to Correct Complaint Filing (doc. no. 19), and Motion to Affirm Payment Received (doc. no. 20), **DISMISSES** this action without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **DIRECTS** the Clerk

to **CLOSE** this civil action.

SO ORDERED this 19th day of December, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA